No. 77–1207. BLUM, ACTING COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK, ET AL. *v.* TOOMEY ET UX. C. A. 2d Cir. Motion of respondents for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–1251. WAINWRIGHT, SECRETARY, DEPARTMENT OF OFFENDER REHABILITATION OF FLORIDA, ET AL. *v.* DEMAR. Sup. Ct. Fla. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 77–1390. ALTON BOX BOARD CO. ET AL. *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. MR. JUSTICE WHITE would grant certiorari.

No. 77–1415. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION *v.* D. H. HOLMES CO., LTD. C. A. 5th Cir. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–1419. BELL, ATTORNEY GENERAL, ET AL. *v.* SOCIALIST WORKERS PARTY ET AL. C. A. 2d Cir. Certiorari denied. THE CHIEF JUSTICE, MR. JUSTICE WHITE, and MR. JUSTICE POWELL would grant certiorari.